JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARY CRUZ,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.: CV 15-2165-DMG (ASx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [24]** |

IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby DISMISSED with prejudice. Each party to bear its own costs and fees. All scheduled dates and deadlines are VACATED.

DATED: July 8, 2016

                                                            *Dolly M. Gee*
                                                            DOLLY M. GEE
                                                            UNITED STATES DISTRICT JUDGE